**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 3:05cr39/MCR

THOMAS YEABOWER

_____/

**ORDER OF DISMISSAL**

Pursuant to the Court's Order of June 28, 2005, Defendant was given thirty (30) days in which to file his brief on appeal. The Court further advised that failure to timely file the brief would result in the automatic dismissal of Defendant's appeal. (See doc. 9). A review of the record reveals Defendant has failed to meet the thirty (30) deadline and nothing has been filed in the case since the entry of the Court's order. Therefore, the appeal in this case is hereby **DISMISSED**.

**ORDERED** on this 26th day of January, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT COURT**